IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BMC SOFTWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>SERVICENOW, INC.<br><br>Defendant. | CASE NO. 2:14-cv-903-JRG |

## NOTICE OF LETTER TO THE HONORABLE J. RODNEY GILSTRAP

Defendant, ServiceNow, Inc., hereby files the attached letter addressed to The Honorable J. Rodney Gilstrap as Exhibit "A".

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of March, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*
Deron R. Dacus