# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BMC SOFTWARE, INC., § <br> § <br> Plaintiff, § <br> § <br> § CASE NO. 2:14-CV-903-JRG <br> v. § <br> § <br> SERVICENOW, INC., § <br> § <br> Defendant. § <br> § | |

## ORDER

The Court hereby sets the following pending motions for a hearing at 10:00 a.m. CDT on Tuesday, May 26, 2015 in Marshall, Texas:

- Motion to Strike ServiceNow, Inc.'s Invalidity Contentions (Dkt. No. 58);

- Motion to Strike BMC's Infringement Contentions or in the Alternative, to Compel BMC to Serve Compliant Infringement Contentions or Preclude Reliance on Source Code (Dkt. No. 61);

- Motion to Compel ServiceNow to Serve Supplemental Initial Disclosures (Dkt. No. 62);

- Motion to Compel Plaintiff BMC Software, Inc. To Answer Interrogatories 1, 2, 3, and 12 and Produce Relevant Documents (Dkt. No. 65); and

- Motion to Compel ServiceNow to Comply Order Regarding E-Discovery (Dkt. No. 68).

**So ORDERED and SIGNED this 23rd day of April, 2015.**

                                                                                  RODNEY GILSTRAP
                                                                                   UNITED STATES DISTRICT JUDGE