IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BMC SOFTWARE, INC., | § § § | |
| Plaintiff, | § § | CASE NO. 2:14-CV-903-JRG |
| v. | § § | |
| SERVICENOW, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant's Motion to Stay Pending Resolution of Motion to Transfer Venue (Dkt. No. 59). Defendant ServiceNow, Inc. requested a stay pending the resolution of its Motion to Transfer Venue (Dkt. No. 16). On April 30, 2015, the Motion to Transfer Venue was denied (Dkt. No. 77).

Accordingly, Defendant's Motion to Stay (Dkt. No. 59) is **DENIED AS MOOT.**

So Ordered and Signed on this

**May 4, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE