IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BMC SOFTWARE, INC., § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 2:14-CV-903-JRG |
| v. § | |
| § | |
| SERVICENOW, INC., § | |
| § | |
| Defendant. § | |
| § | |

# **ORDER**

The Court enters this Order *sua sponte*. Before the Court are numerous pre-trial motions filed by Plaintiff BMC Software, Inc. ("BMC") and Defendant ServiceNow, Inc. ("ServiceNow") that are set for hearing on Monday, January 25, 2016 at 9:00 a.m.

The Court will hear argument on the motions in the following order:

| Order | Dkt. No. | Description |
|---|---|---|
| 1 | 296 | BMC's Motion to Sever and Stay and Conditional Amended Notice of Claim Election |
| 2 | 149 | BMC's Motion to Strike ServiceNow's Prior Art<br><br>This Motion was mistakenly included in a list of motions denied as moot in the Court's January 22, 2016 Order. (Dkt. No. 305.) The denial of Dkt. No. 149 as moot in the Court's January 22, 2016 Order is hereby **SET ASIDE**. |
| 3 | 201 | BMC's Emergency Motion to Strike with Prejudice New Improper Invalidity Contentions in ServiceNow's Expert Reports and "Amended Invalidity Contentions," and Renewal of Its Pending Motion to Strike (Dkt. No. 149) |
| 4 | 220 | ServiceNow's Motion to Strike BMC Software's Untimely New Infringement Theories |
| 5 | 235 | ServiceNow's Motion for Summary Judgment of Invalidity Pursuant to 35 U.S.C. § 101 |
| 6 | 226 | BMC's Motion to Strike and Exclude Opinions of ServiceNow's Technical Consultants Contrary to Court's Claim Constructions |

| Order | Dkt. No. | Description |
|---|---|---|
| 7 | 232 | ServiceNow's Motion to Strike Expert Testimony of Dr. Mark Jones |
| 8 | 234 | ServiceNow's Motion to Strike Expert Testimony of Dr. Hugh Smith |
| 9 | 237 | ServiceNow's Motion to Exclude Testimony of Dr. Michael P. Akemann |
| 10 | 224 | BMC's Motion to Strike the Expert Report of Tim Crawford |
| 11 | 225 | BMC's Motion to Strike Expert Reports of Dr. Keller, Dr. Weissman, Dr. Greenberg and Mr. Bakewell Relating to Undisclosed Non-Infringing Alternatives |
| 12 | 228 | ServiceNow's Motion for Summary Judgment That '093 Patent Claim 16 Is Invalid |
| 13 | 233 | ServiceNow's Motion to Strike Expert Testimony of Dr. Benjamin Bederson |

The Parties have informed the Court that several motions have been resolved (Dkt. Nos. 298, 304). Accordingly, the following motions are **DENIED AS MOOT**:

| Dkt. No. | Description |
|---|---|
| 227 | BMC's Motion to Strike Bakewell Expert Report |
| 229 | ServiceNow's Motion for Summary Judgment of Non-Infringement Under the Doctrine of Equivalents |
| 230 | ServiceNow's Motion to Strike Expert Testimony Responding to ServiceNow's Selected Prior Art |
| 231 | ServiceNow's Motion for Summary of No Liability for Infringement Pursuant to 28 U.S.C. Section 1498(A) |
| 236 | ServiceNow's Motion to Exclude the Testimony of Frederick Leopoldi |

**So Ordered this**

**Jan 22, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE